UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TIMOTHY C. PLATT and | ) |
| SONIA E. PLATT, | ) |
|     *Plaintiffs*, | ) |
| | )    1:14-CV-02088-JMS-TAB |
|     *vs.* | ) |
| | ) |
| CITIMORTGAGE, INC., | ) |
|     *Defendant*. | ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58

For the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL JUDGMENT** against Plaintiffs Timothy C. Platt and Sonia E. Platt and in favor of Defendant CitiMortgage, Inc., such that the Platts shall take nothing by way of their Complaint.


Date: April 24, 2015

                                    Hon. Jane Magnus-Stinson, Judge
                                      United States District Court
   Laura A. Briggs, Clerk                 Southern District of Indiana

BY: _____

    Deputy Clerk, U.S. District Court



**Distribution via United States Mail to:**

Timothy C. Platt
2757 Dietz Street
Indianapolis, IN 46222

Sonia E. Platt
2757 Dietz Street
Indianapolis, IN 46222

**Distribution via ECF only to all counsel of record**

- 1 -